**AO 450 (Rev. 5/85) Judgment in a Civil Case

# *UNITED STATES DISTRICT COURT*
## *SOUTHERN DISTRICT OF OHIO*

JUDGMENT IN A CIVIL CASE

**ALAN WILLIAMS,**
        **Plaintiff,**

    **vs.**                                  **Civil Action 2:09-CV-137**
                                                      **Judge Marbley**
                                                       **Magistrate Judge King**

**MARLA BARRICK,**
        **Defendant.**

[] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED That pursuant to the September 14, 2009 Opinion and Order, Plaintiff's objections to the Report and Recommendation are DENIED. This case is DISMISSED for failure to state a claim upon which relief can be granted.

Date: **September 14, 2009**                      **James Bonini, Clerk**

                                                                    s/Betty L. Clark
                                                          Betty L. Clark/Deputy Clerk